IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN OLSON, | 1:11-cv-00300-SMS (PC) |
| Plaintiff, | ORDER TO FILE APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | OR PAY FILING FEE WITHIN 45 DAYS |
| STATE OF CALIFORNIA WARDEN, et al., | |
| Defendants. / | |

This civil action was transferred to this court on February 16, 2011. Plaintiff, a state prisoner proceeding pro se, did not pay the $350.00 filing fee or file an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within forty-five (45) days of the date of service of this order, plaintiff shall file the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint.

///

-1-

1 | **Failure to comply with this order will result in dismissal of this action.**

2

3 | IT IS SO ORDERED.

4 | **Dated:**   February 22, 2011            /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE