IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN OLSON, | 1:11-cv-00300-SMS (PC) |
| Plaintiff, | ORDER DENYING MOTION |
| vs. | (Doc. 2) |
| STATE OF CALIFORNIA WARDEN, et al., | |
| Defendants. | / |

This civil action was transferred to this court on February 16, 2011.  Plaintiff, a state prisoner proceeding pro se, filed a motion on February 17, 2011, seeking the appointment of counsel, discovery, or a stenographer to conduct a deposition.

Plaintiff has not yet paid the filing fee or filed an application to proceed in forma pauperis, a prerequisite to proceeding with this case. 28 U.S.C. §§ 1914(a), 1915(a).  Therefore, Plaintiff's request for the appointment of counsel is premature at this juncture, Palmer v. Valdez, 560 F.3d 965, 970 (9th Cir. 2009); Storseth v. Spellman, 654 F.2d 1349, 1353 (9th Cir. 1981), as is his request to conduct discovery and/or for assistance with discovery, First Informational Order, Doc. 5, ¶8.

Plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   February 22, 2011             /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE