# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN OLSON,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA WARDEN, et al.,<br><br>        Defendants.<br>_____ / | CASE NO. 1:11-cv-00300-SKO PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND IN FORMA PAUPERIS APPLICATION, AND REQUIRING PLAINTIFF TO FILE APPLICATION WITHIN THIRTY DAYS<br><br>(Doc. 6) |

    Plaintiff Steven Olson, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on February 10, 2011. To date, Plaintiff has not paid the filing fee or filed an application to proceed in forma pauperis.

    The Clerk's Office is DIRECTED to send Plaintiff an in forma pauperis application. Within **thirty (30) days** from the date of service of this order, Plaintiff SHALL file the completed application form. In the alternative, Plaintiff may pay the $350.00 filing fee in full.

    **This action is subject to dismissal if Plaintiff fails to comply with this order.**

IT IS SO ORDERED.

Dated:   April 7, 2011                             /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE